IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

No. 7:17-CR-30-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARKESE TYREE SWEET | ) | |

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry No. 48 in this matter be sealed by the Clerk.

Date: 5/4/18

James C. Dever III
Chief United States District Judge